RIGGINGS HOMEOWNERS, INC., Petitioner v. COASTAL RESOURCES
COMMISSION OF THE STATE OF NORTH CAROLINA, Respondent

No. 401A13

(Filed 19 December 2014)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 747 S.E.2d 301 (2013), affirming an order entered on 1 June 2012 by Judge Jay D. Hockenbury in Superior Court, New Hanover County. On 23 January 2014, the Supreme Court allowed respondent's petition for discretionary review of additional issues and petitioner's conditional petition for discretionary review. Heard in the Supreme Court on 6 October 2014.

*Shipman & Wright, L.L.P., by William G. Wright and Gary K. Shipman, for petitioner-appellant/appellee.*

*Roy Cooper, Attorney General, by Christine A. Goebel, Assistant Attorney General, and Mary L. Lucasse and Marc Bernstein, Special Deputy Attorneys General, for respondent-appellant/appellee.*

PER CURIAM.

Justice HUNTER took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See, e.g., Amward Homes, Inc. v. Town of Cary,* 365 N.C. 305, 716 S.E.2d 849 (2011).

AFFIRMED.